116 P.3d 7

# SUPREME COURT OF HAWAI'I

| | | | | |
|---|---|---|---|---|
| Office of Disciplinary Counsel v. Au | 26517 | 07/01/2005 | Denied | 107 Hawai'i 327, 113 P.3d 203 |

| | | | | |
|---|---|---|---|---|
| Doe, In re | 26348, 26349 | 07/07/2005 | Denied | 107 Hawai'i 213, 111 P.3d 1059 |
| State v. Fields | 25455 | 07/06/2005 | Granted | —— Hawai'i ——, —— P.3d —— |
| State v. Maldonado | 25606 | 07/12/2005 | Granted | 108 Hawai'i 446, 121 P.3d 911 |

# SUPREME COURT OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Brittain | 26688 | 07/05/2005 | Vacated & remanded |
| Kimberly v. State | 23954 | 07/29/2005 | Affirmed in part, reversed & vacated in part |